**Order entered January 27, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01286-CV

### JAYSON HOWARD MOORE, Appellant

### V.

### DALLAS MORNING NEWS, INC., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06923**

### ORDER

We **REINSTATE** this appeal.

As directed by this Court, the trial court conducted a hearing and signed an order on January 26, 2023 finding that appellant first received actual notice of the judgment on November 1, 2022.[1]  In light of the trial court's finding, the notice of appeal filed on December 1, 2022 was timely.

---

[1] Pursuant to this Court's January 19, 2023 order, a supplemental clerk's record with the trial court's January 26 order is due February 13 and the reporter's record of the hearing is due February 21.

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk; Crystal Brown, Official Court Reporter for the 44th Judicial District Court; and, all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE